**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew Monaghan, ) | CV 05-1728 PCT NVW |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Terrible Herbst Casino, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before the court is plaintiff's second in forma pauperis application (doc. #27). The application shows that plaintiff has received Social Security disability payments exceeding $1,000.00 on September 3, 2005. Plaintiff, therefore, has the funds with which to pay the filing fee.

The magistrate judge previously denied plaintiff's first application to proceed in forma pauperis and warned him that if he submitted a further application which was granted, the court would require screening of the complaint pursuant to 28 U.S.C. § 1915(e)(2). In disregard to this direction, plaintiff somehow caused process to be issued and to be served upon defendants on the original complaint. The magistrate judge also ordered that if plaintiff wished to proceed, he was to re-do his complaint and attempt to allege a valid basis for federal jurisdiction and to comply with Rule 8, Fed. R. Civ. P., none of which he did.

1    IT IS THEREFORE ORDERED that plaintiff's second Application to Proceed *in*
2    *forma pauperis* by a Prisoner (doc. #27) is denied.
3    IT IS FURTHER ORDERED that plaintiff's complaint and this action are
4    dismissed without prejudice for failure to pay the filing fee and, in the alternative, for
5    failure to comply with the magistrate judge's order of June 15, 2005 (doc. #3).
6    IT IS FURTHER ORDERED that the clerk shall terminate this action.
7    DATED this 28th day of October, 2005.

*(signature)*
Neil V. Wake
United States District Judge